BRADLEY WILLIAM RAMSEY
SUSAN FARRELL RAMSEY
115 PINEHURST ST
VICKSBURG, MS 39180

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO, CA 94108

AMEX
PO BOX 981535
EL PASO, TX 79998

APP OF MS ED LLC
P.O. BOX 4458
HOUSTON, TX 77210-4458

AT&T
PO BOX 5087
CAROL STREAM, IL 60197-508

BEGONIA ROSE CO
1820 E. WARM SPRINGS
LAS VEGAS, NV 89119

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CELESTUAL OLYMPIA
8 ANT AMPATIELOU
PIREAUS, GREECE 18536

CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15299
WILMINGTON, DE 19850

CITIBANK
P.O.BOX 790046
ST. LOUIS, MO 63179

CITIBANK
P.O.BOX 790046
ST LOUIS, MO 63179

CSPIRE WIRELESS
PO BOX 159
MEADVILLE, MS 39653

HUNTINGTON
555 CLEVELAND AVE
COLUMBUS, OH 43231

LENDING CLUB
ATTN: BANKRUPTCY
595 MARKET ST STE 200
SAN FRANCISCO, CA 94105

MEDIA COLLECTIONS
8948 CANYON FALLS BLVD
TWINSBURG, OH 44087

MISSION PRIMARY CARE
1901 MISSION 66
VICKSBURG, MS 39180-3711

PCP URGENT CARE
PO BOX 5900
LAFAYETTE, LA 70505

SMITH, ROUCHON
SRA
1456 ELLIS AVE
JACKSON, MS 39204

UMMC
P.O. BOX 3488
DEPT 05-077
TUPELO, MS 38803

VERIZON WIRELESS
P.O.BOX 408
NEWARK, NJ 07101